JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELEN DAHLSTROM &<br>CHARLES DANIEL PEREZ,<br>Defendants. | Case No. 5:24-cv-01891-JGB-SP<br><br>**ENTRY OF JUDGMENT AND ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS THE UNITED STATES' COMPLAINT AND INCORPORATE SETTLEMENT AGREEMENT INTO THE COURT'S JUDGMENT** |

Pursuant to the Stipulation to Dismiss the United States' Complaint And Incorporate Settlement Agreement Into the Court's Judgment (Dkt. No. 51) ("Stipulation") filed by the Parties in this action on May 15, 2026, IT IS HEREBY ORDERED AND ADJUDGED THAT, pursuant to the terms of the Settlement Agreement ("Agreement") reached by the Parties, the United States' Complaint (Dkt. No. 39) is dismissed with prejudice and the Agreement attached to the Stipulation as Attachment 1 is incorporated into and made part of this Judgment. This Court will retain continuing jurisdiction to enforce the terms of the Agreement consistent therewith.

Dated: May 26, 2026

_____

Honorable Jesus G. Bernal
United States District Judge

1